(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Eastern District of Virginia -- Richmond Division | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Julian's Restaurant, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): | |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**dba "Julian's"** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): | |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **54-0458757** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): | |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2617 West Broad Street**<br>**Richmond, VA 23220** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): | |
| County of Residence or of the Principal Place of Business:<br>**Richmond City** | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): | |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [X] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [X] Business

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Julian's Restaurant, Inc.** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X /s/ _____
Signature of Attorney for Debtor(s)
**David K. Spiro 28152**
Printed Name of Attorney for Debtor(s)
**Cantor Arkema, P.C.**
**1111 East Main Street, 16th Floor**
**Post Office Box 561**
**Richmond, VA 23218-0561**
**(804) 644-1400 Fax:(804) 225-8706**
Firm Name/Address/Telephone Number

12/2/04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Robert W H _____
Signature of Authorized Individual
**Robert W. Hickman**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual

X 12/2/04
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# JULIAN'S RESTAURANT, INC.

## CERTIFICATE OF CORPORATE RESOLUTION
## AUTHORIZING COMMENCEMENT OF CASE

I, Robert W. Hickman, as President of Julian's Restaurant, Inc., a Virginia corporation, hereby certify that the following is a true and correct excerpt from action taken in writing on December 2, 2004 in lieu of a meeting of the corporation's Board of Directors, to-wit:

WHEREAS, it appearing from the information presented to the Board of Directors that the corporation is eligible to file a petition under Chapter 11 of the United States Bankruptcy Code, and that, in the judgment of the Board of Directors, it is desirable and in the best interests of the corporation that the corporation file a voluntary petition for reorganization under Chapter 11,

NOW, THEREFORE, BE IT RESOLVED that the President of the corporation is authorized and directed, after consultation with counsel and on behalf of Julian's Retaurant, Inc., to prepare, execute, verify, and cause to be filed an appropriate petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the Richmond Division of the United States Bankruptcy Court for the Eastern District of Virginia; and it is

FURTHER RESOLVED that the President is authorized to retain and employ the law firm of Cantor Arkema, P.C. of Richmond, Virginia, at its customary hourly rates and charges as they now exist and as they may hereafter change, to advise and represent the corporation on all matters relating to or arising in the Chapter 11 proceeding, including, without limitation, the preparation and filing of the voluntary petition and all lists, schedules, pleadings, and other necessary documents; and it is

FURTHER RESOLVED that Robert W. Hickman is hereby designated as the corporation's official representative for appearances in the Chapter 11 proceeding, and the President is authorized to execute and cause to be filed such documents as are necessary to effectuate such designation; and it is

FURTHER RESOLVED that Robert W. Hickman is authorized to prepare, with the assistance of others where necessary, execute, and cause to be filed all schedules, lists, pleadings, and other papers, and to take any and all actions, which may be necessary or desirable in connection with the reorganization proceeding, including, without limitation, the retention of an outside accountant or accounting firm at its customary rates and charges for comparable services.

*X Robert W H---, PRESIDENT*
Robert W. Hickman, President

ATTEST:

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Eastern District of Virginia -- Richmond Division

In re    Julian's Restaurant, Inc.                              Case No. _____

                                    Debtor

                                                                Chapter _____11_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Virginia Food Service Group, The<br>7422 Ranco Road<br>Richmond, VA 23228 | Virginia Food Service Group, The<br>7422 Ranco Road<br>Richmond, VA 23228 | Trade debt | | 29,000.00 |
| Beigler and Associates<br>5501 Patterson Avenue, Suite 100<br>Richmond, VA 23226 | Beigler and Associates<br>5501 Patterson Avenue, Suite 100<br>Richmond, VA 23226 | Trade debt | | 5,165.35 |
| D&I Seafood<br>1500 Brook Road<br>Richmond, VA 23220 | D&I Seafood<br>1500 Brook Road<br>Richmond, VA 23220 | Trade debt | | 4,800.00 |
| Richmond Restaurant<br>201 Haley Road<br>Ashland, VA 23005 | Richmond Restaurant<br>201 Haley Road<br>Ashland, VA 23005 | Trade debt | | 2,200.00 |
| Spinella Owings and Shaia<br>8550 Mayland Drive<br>Richmond, VA 23294 | Spinella Owings and Shaia<br>8550 Mayland Drive<br>Richmond, VA 23294 | Legal fees | | 2,156.84 |

In re   Julian's Restaurant, Inc.                                      Case No. _____
                                    Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| National Linen<br>Post Office Box 3367<br>Portsmouth, VA 23701 | National Linen<br>Post Office Box 3367<br>Portsmouth, VA 23701 | Trade debt | | 1,800.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re   Julian's Restaurant, Inc.                                    Case No._____
                                    ,
                          Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   12/07/04                          Signature   Robert W T [signature]
                                         **Robert W. Hickman**
                                         **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Virginia -- Richmond Division

In re   Julian's Restaurant, Inc.                                    Case No. _____
_____,
                          Debtor
                                                                     Chapter _____11_____

## DECLARATION OF DIVISIONAL VENUE

The debtor's domicile, residence, principal place of business or principal assets were located for the greater part of the 180 days preceding the filing of the bankruptcy petition in the indicated city or county [check one box only]:

**Alexandria Division**
Cities:
- ☐ Alexandria-510
- ☐ Fairfax-600
- ☐ Falls Church-610
- ☐ Manassas-683
- ☐ Manassas Park-685

Counties:
- ☐ Arlington-013
- ☐ Fairfax-059
- ☐ Fauquier-061
- ☐ Loudoun-107
- ☐ Prince William-153
- ☐ Stafford-179

**Richmond Division**
Cities:
- ☒ Richmond (city)-760
- ☐ Colonial Heights-570
- ☐ Emporia-595
- ☐ Fredericksburg-630
- ☐ Hopewell-670
- ☐ Petersburg-730

Counties:
- ☐ Amelia-007
- ☐ Brunswick-025
- ☐ Caroline-033
- ☐ Charles City-036
- ☐ Chesterfield-041
- ☐ Dinwiddie-053
- ☐ Essex-057
- ☐ Goochland-075
- ☐ Greensville-081
- ☐ Hanover-085
- ☐ Henrico-087
- ☐ King and Queen-097
- ☐ King George-099
- ☐ King William-101
- ☐ Lancaster-103
- ☐ Lunenburg-111
- ☐ Mecklenburg-117
- ☐ Middlesex-119
- ☐ New Kent-127
- ☐ Northumberland-133
- ☐ Nottoway-135
- ☐ Powhatan-145
- ☐ Prince Edward-147
- ☐ Prince George-149
- ☐ Richmond (county)-159
- ☐ Spotsylvania-177
- ☐ Surry-181
- ☐ Sussex-183
- ☐ Westmoreland-193

**Norfolk Division**
Cities:
- ☐ Norfolk-710
- ☐ Cape Charles-535
- ☐ Chesapeake-550
- ☐ Franklin-620
- ☐ Portsmouth-740
- ☐ Suffolk-800
- ☐ Virginia Beach-810

Counties:
- ☐ Accomack-001
- ☐ Isle of Wight-093
- ☐ Northampton-131
- ☐ Southampton-175

**Newport News Division**
Cities:
- ☐ Newport News-700
- ☐ Hampton-650
- ☐ Poquoson-735
- ☐ Williamsburg-830

Counties:
- ☐ Gloucester-073
- ☐ James City-095
- ☐ Mathews-115
- ☐ York-199

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this Division.

Date: 12/2/04

_____
**Signature of Attorney**
**David K. Spiro 28152**

Ver. 8/22/00

Leander D. Barnhill, Esquire
Office of the U. S. Trustee
600 East Main Street, Suite 301
Richmond, VA 23219


Beigler and Associates
5501 Patterson Avenue, Suite 100
Richmond, VA 23226


Commonwealth of Virginia
Department of Taxation
Post Office Box 1777
Richmond, VA 23226


D&I Seafood
1500 Brook Road
Richmond, VA 23220


Elmuset Diradour
2206 Monument Avenue
Richmond, VA 23220


Hickman, Dennis M.
1614 Hollandale Road
Richmond, VA 23233


Hickman, Robert W.
11904 Ivy Hollow Court
Glen Allen, VA 23059


Holsten, Carl, Esquire
City Attorney's Office
900 East Broad Street, Room 300
Richmond, VA 23219


National Linen
Post Office Box 3367
Portsmouth, VA 23701


Richmond Restaurant
201 Haley Road
Ashland, VA 23005

Richmond, Virginia, City of
Bureau of Tax Enforcement
900 East Broad Street
Room 100
Richmond, VA 23219


Spinella Owings and Shaia
8550 Mayland Drive
Richmond, VA 23294


Virginia Food Service Group, The
7422 Ranco Road
Richmond, VA 23228


William H. Talley, LLC
4905 Radford Avenue, Suite 200
Richmond, VA 23230